IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ERIC N. DRAPER                                              PLAINTIFF

V.                                        NO. 4:14-CV-00016-DMB-JMV

J. SMITH; CHIEF FREDDIE CANNON;
OFFICER GAINES; P. SELDERS; and
ARENDALE, Inv.                                       DEFENDANTS

## FINAL JUDGMENT

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Magistrate Judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court. It is ordered:

1. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court;

2. That the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g); and

3. That this case is **CLOSED**.

SO ORDERED, this the 12th day of June, 2014.

                                                      /s/ Debra M. Brown
                                                      **UNITED STATES DISTRICT JUDGE**